OPINION OF THE COURT
Memorandum.
The order of the Appellate Division should be modified, with costs to respondent, by providing that the declarations of unconstitutionality be stricken.
Examination of the record on respondent’s motion for sum *1051 mary judgment reveals that appellants have failed to tender sufficient evidence of the claimed detrimental impact of employee membership in the Ku Klux Klan (or even the perception thereof by inmates) upon the operation of correctional facilities to support the disciplinary action taken in this case. The only “evidence” submitted constitutes nothing more than speculation as to the effect which such membership might have upon the correctional facilities. In view of the meager and nearly barren state of the record, we do not address the broader constitutional issue raised by the parties.